1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7                                              No. C 09-03892 WHA
                                               No. C-09-03895 WHA
8                                              No. C-09-03896 WHA
     MALINKA TACUMA WADE MOYE,                 No. C-09-03897 WHA
9                                              No. C-09-03899 WHA
          Plaintiff,                           No. C-09-03900 WHA
10                                             No. C-09-03902 WHA
11        v.
     CITY AND COUNTY OF SAN FRANCISCO,
12   *et al.*                                  **JUDGMENT**
13        Defendants.
                                          /
14
15
16        For the reasons stated in the accompanying order dismissing the above-captioned
17   actions, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.
18   The Clerk **SHALL CLOSE THE FILES**.
19
20        **IT IS SO ORDERED.**
21
22   Dated:  October 29, 2009.
23                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**United States District Court**
For the Northern District of California