IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA TACUMA WADE MOYE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／<br>ALL RELATED CASES<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-03892 WHA<br><br><br><br>**ORDER RE REQUEST<br>TO SHOW VIDEOTAPE** |

　　　The Court is in receipt of plaintiff's request to show a videotape at the hearing on December 17, 2009. The Court does not have the facilities to play the videotape in the courtroom during the hearing. Plaintiff may bring a spare copy of the videotape for the judge to review after the hearing but this copy will not be returned to plaintiff.

　　　**IT IS SO ORDERED.**

Dated: December 10, 2009.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE